UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CHRISTIE et al., <br><br> Plaintiffs, <br><br> -v.- <br><br> CRYSTAL WINDOW & DOOR SYSTEMS, LTD. et al., <br><br> Defendants. | 25 Civ. 8548 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiffs John Christie and Jeffrey Smith brought this action on October 15, 2025.  *See*

ECF No. 1.  On December 18, 2025, Defendants Kirk Michael, Robert Carroll, Randy Daniels,

and Patrick Meyer (the "Moving Defendants") moved to dismiss the complaint pursuant to

Federal Rule of Civil Procedure 12(b)(6).  *See* ECF No. 19.  On January 8, 2026, Plaintiffs filed

an amended complaint.  *See* ECF No. 24.  Accordingly, the Moving Defendants' motion to

dismiss, ECF No. 19, is hereby DENIED as moot.  *See* ECF No. 22.

The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

Dated: January 13, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge