

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600    FAX: 212.980.9291    WWW.KBRLAW.COM

ROBYN SILVERMINTZ
DIRECT: 646.367.6887
RSILVERMINTZ@KBRLAW.COM

April 28, 2026

DAVID CHOI
DIRECT: 646.367.6684
DCHOI@KBRLAW.COM

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

> **MEMO ENDORSED**
> **(p. 2)**

    Re:   *Christie et al v. Crystal Window & Door Systems, Ltd. et al*
          Civil Action No.:       1:25-cv-08548-JHR

Dear Judge Rearden:

This office represents Crystal Window & Door Systems, Ltd. ("Crystal Window"), Thomas Chen ("Mr. Chen"), Kirk Michael ("Mr. Michael"), Robert Carroll ("Mr. Carroll"), Randy Daniels ("Mr. Daniels"), and Patrick Meyer ("Mr. Meyer") (collectively, "Defendants") in the above-referenced action. Pursuant to Rule 2(E) and Rule 3(A) of your Honor's Individual Rules and Practices, we write jointly with Plaintiffs' Counsel to respectfully request an adjournment of the Initial Pretrial Conference presently scheduled for April 30, 2026.

Due to a traveling conflict, the principal attorney on behalf of Defendants will be unable to appear for the Initial Pretrial Conference in accordance with Rule 3(A) of Your Honor's Individual Rules and Practices. As such, Defendants respectfully request that the Initial Pretrial Conference be rescheduled to another time designated by the Court, or in the alternative, to allow non-lead Counsel to appear for the Initial Pretrial Conference. This is Defendants first request for an adjournment and the requested adjournment will not affect any other scheduled deadlines.

We thank Your Honor and the Court for its considerations and courtesies.

Respectfully submitted,

NEW YORK        NEW JERSEY        CONNECTICUT        CALIFORNIA

11929689

KAUFMAN BORGEEST & RYAN LLP

Robyn Silvermintz
David Choi

cc:     All Counsel of record via ECF

Application GRANTED.  The initial pretrial conference scheduled for April 30, 2026 is hereby adjourned *sine die*.  By separate Order today, the Court is referring this case to the designated Magistrate Judge for General Pretrial Purposes, including settlement.

The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: April 28, 2026

KAUFMAN BORGEEST & RYAN LLP

2

11929689