UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN CHRISTIE, et al.

Plaintiffs,

-against-

CRYSTAL WINDOW & DOOR SYSTEMS, LTD., et al.,

Defendants.
-----------------------------------------------------------------X

25-CV-08548 (JHR) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference call in this matter is hereby scheduled for **Tuesday, October 20, 2026, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [838 523 809#].**

**SO ORDERED.**

DATED: New York, New York
September 16, 2026

VALERIE FIGUEREDO
United States Magistrate Judge