kbr
KAUFMAN BORGEEST & RYAN LLP

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600 FAX: 212.980.9291 WWW.KBRLAW.COM

ROBYN SILVERMINTZ
DIRECT: 646.367.6887
RSILVERMINTZ@KBRLAW.COM

September 11, 2026

DAVID CHOI
DIRECT: 646.367.6684
DCHOI@KBRLAW.COM

**VIA ECF**

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl St., Courtroom 17A
New York, NY 10007-1312

Re: *Christie et al v. Crystal Window & Door Systems, Ltd. et al*
Civil Action No.: 1:25-cv-08548-JHR

Dear Judge Figueredo:

This office represents Crystal Window & Door Systems, Ltd. ("Crystal Window"), Thomas Chen ("Mr. Chen"), Kirk Michael ("Mr. Michael"), Robert Carroll ("Mr. Carroll"), Randy Daniels ("Mr. Daniels"), and Patrick Meyer ("Mr. Meyer") (collectively, "Defendants") in the above-referenced action. Pursuant to Rule 1.e of Your Honor's Individual Rules and Practices, Defendants respectfully submit this letter requesting an adjournment of the discovery conference presently scheduled for Wednesday September 16, 2026, for a future date and time shortly thereafter that is convenient for the Court. Defendants respectfully make this request, as the undersigned Counsel will be appearing in-person on a different matter on the set date and time, and thus, unable to appear on this matter before your Honor. This is Defendants first request for an adjournment of the discovery conference.

In accordance with Your Honor's Individual Rules and Practices, Defendants reached out to Plaintiffs' Counsel and they've expressed that they do not consent, nor oppose the motion in light of the parties' upcoming depositions and the October 27, 2026, and deadline for completion of fact discovery. In consideration of this deadline and your Honor's Individual Rules and Practices, the parties' respectfully propose that the conference be rescheduled to September 17, 2026, from 2:30 p.m. to 5:00 p.m. or September 18, 2026, from 1:00 p.m. to 2:00 p.m.

Accordingly, Defendants respectfully request that the discovery conference scheduled for Wednesday September 16, 2026, be adjourned to either of the proposed dates above. Defendants thank the Court for its considerations.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Robyn Silvermintz
David Choi

cc: All Counsel of record via ECF

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: September 18, 2026**

The conference scheduled for September 16, 2026 was **ADJOURNED**. The Clerk of Court is respectfully directed to close the motion at ECF No. 53.